IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  11-cv-00390-LTB-BNB

JOHNNIE M. BUCKLEY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

PFIZER, INCORPORATED, a Delaware corporation,

    Defendant.

_____

**ORDER OF RECUSAL**
_____

Upon review of the file and determining that the undersigned owns stock in the Defendant corporation, the undersigned judge hereby recuses himself in the above action and directs that the action be returned to the Clerk of the Court for redraw and assignment of the case.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   February 16, 2011