IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 11-cv-00017-REB-CBS

ERIN MILLER, and
JILL MILLER, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

STARTEK SERVICES, INC.,
a corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    This matter is before the Court on the parties' Stipulation re: Defendants' Emergency Motion for Order to Plaintiffs to Cease and Desist Unauthorized Communications to Putative Class Members (*doc # 23*), which was filed on February 17, 2011. Because the Stipulation resulted in the termination of the Defendants' Emergency Motion for Order to Plaintiffs to Cease and Desist Unauthorized Communications to Putative Class Members (*doc # 14*), IT IS HEREBY ORDERED that the Motions Hearing scheduled for March 1, 2011 is VACATED. *All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**    February 22, 2011